CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Walid Abdullah Muhammad
**Full Name of Plaintiff**    **Inmate Number**

v.

Albert Monk
**Name of Defendant 1**

Gwen Wynn
**Name of Defendant 2**

Jack Cronin
**Name of Defendant 3**

Paul ~~James~~ Huston
**Name of Defendant 4**

_____
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. 1:24-CV-0789
(to be filled in by the Clerk's Office)

( ) Demand for Jury Trial
(X) No Jury Trial Demand

I. **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

___ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

X   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

## II. ADDRESSES AND INFORMATION

**A. PLAINTIFF**

Muhammad Walid A.
Name (Last, First, MI)

KG-4796
Inmate Number

State Correctional Institution Mahanoy
Place of Confinement

301 Grey Drive Frackville PA, 17931
Address

Frackville PA, 17931
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

**B. DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Albert Monk
Name (Last, First)

Parole Officer
Current Job Title

301 Grey Line Drive
Current Work Address

Frackville PA, 17931
City, County, State, Zip Code

Defendant 2:

Name (Last, First): CRONIN JACK

Current Job Title: CORRECTIONS OFFICER

Current Work Address: 301 GREY LINE DRIVE

City, County, State, Zip Code: FRACKVILLE PA. 17931

Defendant 3:

Name (Last, First): WYNN GWEN

Current Job Title: CORRECTIONS OFFICER

Current Work Address: 301 GREY LINE DRIVE

City, County, State, Zip Code: FRACKVILLE PA. 17931

Defendant 4:

Name (Last, First): ~~HUSTON JAMES~~ HUSTON PAUL

Current Job Title: CORRECTIONS OFFICER

Current Work Address: 301 GREY LINE DRIVE

City, County, State, Zip Code: FRACKVILLE PA. 17931

Defendant 5:

Name (Last, First):

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

When I was home in Chester PA. 19013 1987-2006 and 2009 and at State Correctional Institution Mahanoy in 2024 they are phantoms

B. On what date did the events giving rise to your claim(s) occur?

These events occurred everyday from when I came to the prison in 2017

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

The defendants are freemasonry accomplices rigged for dishonest means a conspiring, smear infest, inward force with-in, simultaneously, lachrymose revolt subvert surreptitious usurp, defamation of character, calumny, coerce collusion clandestine secrecy for evil and illicit unauthorized purposes impend, unlawful restraint, they over powered and overwhelmed me defecated in my throat noisome habitual impute, phantoms ideological attacks a narcolepsy perversion they refuse to extricate. ~~causing noisome~~ pain and suffering, this is black magic force they refuse to extricate simultaneously

IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

The defendants violated my constitutional Rights by causing my physical body, inward, with-in, infest, pain and suffering, aspersion, smear, conspiring, collusion, aiding and abetting infringement and violating my equal Rights and Human Rights

V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

I am suffering from calumny harm and defamation inward, with-in, infest pain and suffering, noisome

VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Apprehend for detention the defendants and/or monetary relief

## VII.  SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address.  If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing.  By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*Walid A. Muhammad*

Signature of Plaintiff

5-2-2024

Date

5-2-2024

Briefs:

These events took place from 2017 up until 4-29-2024 the defendants are freemasonry accomplices a rigged for dishonest means a conspiring collusion smear inboard with-in unlawful restraint black magic force Clandestine secrecy for evil and illicit unauthorized purposes impend impute invade ideological attacks usurp coerce subvert revolt a habitual perversion narcolepsy phantoms tension they over powered and over whelmed me with calumny defamation of character they defecated in my throat poisons causing me pain and suffering they refuse to extricate simultaneously.

Royal Status-Reign-King Walid Abdullah Muhammad-Judicial Officer

5-2-2024

Summary Judgment:

These events took place from 2017 up until 4-29-2024 the defendants are freemasonry accomplices a rigged for dishonest means a conspiring collusion smear inward with-in unlawful restraint black magic force clandestine secrecy for evil and illicit unauthorized purposes impend impute inrage ideological attacks usurp coerce subvert revolt a habitual perversion narcolepsy phatoms tension they over powered and over whelmed me with calumny defamation of character they defecated in my throat noisome causing me pain and suffering they refuse to extricate simultaneously

Royal Status-Royal Reign-King Walid Abdullah Muhammad Judicial Officer

5-2-2024

Material Facts:

1. These events took place from 2017 up until 4-29-2024 the defendants are in fact freemasonry accomplices a rigged for dishonest means a conspiring collusion smear inward with-in unlawful restraint blackmagic force Clandestine secrecy for evil and illicit unauthorized purposes impend.

2. Impute invade ideological attacks usurp coerce subvert revolt a habitual perversion narcolepsy phantoms tension they over powered and overwhelmed me with calumny defamation of character they defecated in my throat noisome causing me pain and suffering they refuse to extricate, simultaneously.

Royal Status-Royal Reign-King Walid Abdullah Muhammad-Judicial Officer

5-2-2024

Interrogatories:

1. These events took place from 2017 up until 4-29-2024
2. The defendents are freemasonry accomplices invade.
3. They are rigged for dishonest means a conspiring collusion smear.
4. They are a inward with-in unlawful restraint black magic force.
5. A clandestine secrecy for evil and illicit unauthorized purposes.
6. They impend impute ideological attacks usurp coerce.
7. They subvert revolt a habitual perversion narcolepsy phantoms.
8. With tension they overpowered and overwhelmed with calumny.
9. Causing defamation of character they defecated in my throat noisome.
10. Causing me pain and suffering they refuse to extricate.
11. Simultaneously

Royal Status- Royal Reign- King Walid Abdullah Muhammad- Judicial Officer

5-2-2024

Discovery:

These events took place from 2017 up until 4-29-2024 I notice for a while observed and realized also recognized that the defendants are freemasonry accomplices a rigged for dishonest means a conspiring collusion smear inward with-in unlawful restraint black magic force Clandestine secrecy for evil and illicit unauthorized purposes impend impute invade ideological attacks usurp coerce subvert revolt a habitual perversion narcolepsy phantoms tension they over powered and over whelmed with calumny defamation of character they defecated in my defecated in my throat noisome causing me pain and suffering they refuse to extricate simultaneously.

Royal Status-Royal Reign-King Walid Abdullah Muhammad-Judicial Officer.

Smart Communications/PADOC
King Walid Al-Muhammad - KG4496
SCI-Mahanoy
P.O. Box 33028
St. Petersburg

United States District Court
Middle District of Pennsylvania
William J. Nealon Federal BLDG & US Courthouse
235 North Washington Ave.
P.O. Box 1148
Scranton, Pa. 18301-1148

RECEIVED
SCRANTON
MAY 13 2024
PER _____ DEPUTY CLERK